**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

WILLY PIERRE,

Petitioner,

v.

MARKWAYNE MULLIN, et al,

Respondents.

Case No.: 26-cv-4644-BJC-DEB

**ORDER SETTING BRIEFING SCHEDULE ON AMENDED PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 AND PROHIBITING TRANSFER OF PETITIONER**

On August 14, 2026, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. On the same day, Petitioner filed an Amended Petition for Writ of Habeas Corpus. ECF No. 3. The Court adopts the Standard Procedures setting a briefing schedule for the Amended Petition from Chief Judge Order No. 144, which is available on the court's website.

**IT IS SO ORDERED.**

Dated: August 17, 2026

Honorable Benjamin J. Cheeks
United States District Judge

Dated: August 17, 2026